

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00179-CV

———————————————

PATRICIA WEST, Appellant

V.

VAHID KHARRAZI, Appellee

———————————————

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-335120-22

———————————————

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss Appeal with Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 23, 2024